B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bagjas, John** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Bagjas, Kama** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **1030** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **6781** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**29 W 160 Calumet Ave**<br>**Warrenville, IL**        ZIPCODE **60555** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**29 W 160 Calumet Ave**<br>**Warrenville, IL**        ZIPCODE **60555** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**470 Podlin Drive, Bensenville, IL**        ZIPCODE **60106** |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7        ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."        ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bagjas, John & Bagjas, Kama** |
|---|---|

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**A-Tech Stucco And EIFS Co.** | Case Number:<br>**No Not Assigned** | Date Filed:<br>**10.15.2008** |
| District:<br>**Northern District Of Illinois** | Relationship:<br>**Solely Owned Corporation** | Judge:<br>**Squires** |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)              Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)                                                                                              Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bagjas, John & Bagjas, Kama** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Bagjas**
_____
Signature of Debtor                                    **John Bagjas**

X **/s/ Kama L. Bagjas**
_____
Signature of Joint Debtor                          **Kama L. Bagjas**

_____
Telephone Number (If not represented by attorney)

**October 15, 2008**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney\***

X **/s/ Janet Watson**
_____
Signature of Attorney for Debtor(s)

**Janet Watson 6182273**
Printed Name of Attorney for Debtor(s)

**Janet Watson**
Firm Name

**330 S. Naperville Road Suite 405**
Address

**Wheaton, IL  60187-5442**

**(630) 260-1667**
Telephone Number

**October 15, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                                    Case No. _____

Bagjas, John _____    Chapter **7** _____
                                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ John Bagjas** _____

Date: **October 15, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

**Bagjas, Kama** _____    Chapter **7** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.


Signature of Debtor: **/s/ Kama L. Bagjas** _____

Date: **October 15, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07)**

IN RE **Bagjas, John & Bagjas, Kama**                                        Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1002764685**<br><br>**Chrysler Financial**<br>**P. O. Box 9001921**<br>**Louisville, KY  40290** | X | J | **2004 Dodge Ram 4x4 Pick-up truck**<br><br><br>VALUE $ **10,502.00** | | | | 5,175.00 | |
| ACCOUNT NO. **04-34-201-015**<br><br>**Du Page County Collector**<br>**421 N. County Farm Road**<br>**Wheaton, IL  60187** | | J | **2006  and 2007 real estate taxes due**<br><br><br>VALUE $ **500,000.00** | | | | 18,929.00 | 18,929.00 |
| ACCOUNT NO. **0685397378**<br><br>**GMAC Financial**<br>**% Codilis & Associates**<br>**15 W 030 N. Frontage Road**<br>**Burr Ridge, IL  60527** | | J | **First Mortgage on Residence 7/19/2004**<br><br><br>VALUE $ **500,000.00** | | | | 324,000.00 | |
| ACCOUNT NO. **002677804**<br><br>**National City Bank**<br>**% McFadden & Dillon, P..C**<br>**120 S. LaSalle Street, Suite 1335**<br>**Chicago, IL  60603** | X | J | **Commercial SBA loan secured by second mortgage on home and A-Tech Stucco & EIFS Co. assets**<br><br>VALUE $ **500,000.00** | | | | 308,656.93 | 132,656.93 |

_____  **0** continuation sheets attached

Subtotal
(Total of this page)    $ **656,760.93**  $ **151,585.93**

Total
(Use only on last page)    $ **656,760.93**  $ **151,585.93**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Bagjas, John & Bagjas, Kama**                                    Case No. _____
_____
Debtor(s)                                                                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bagjas, John & Bagjas, Kama**                                                          Case No. _____
                                 Debtor(s)                                                                                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **20-1496173**<br>**Illinois Department Of Revenue Bankruptcy Section, Level 7-425 100 W. Randolph Street Chicago, IL 60601** | X | H | **potential claim for employee withholdings not paid** | X | X | X | **15,000.00** | **15,000.00** | |
| ACCOUNT NO.<br>**Internal Revenue Service Centralized Insolvency Operations P. O. Box 21126 Philadelphia, PA 19114** | X | H | **Potential claim for trust fund withholdings not paid over for 2007,2008** | X | X | X | **75,000.00** | **75,000.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **90,000.00**  $ **90,000.00**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **90,000.00**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **90,000.00**  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bagjas, John & Bagjas, Kama**

Debtor(s)

Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0757-5165-3019-5544658** <br><br>**American Express** <br>**P. O. Box 297812** <br>**Ft. Lauderdale, FL  33329** | | H | **Business and comsumer purchases lprior to 2005** | | | | **6,270.00** |
| ACCOUNT NO. **121984** <br><br>**Baytree Finance Company** <br>**721 N. Mc Kinley Road** <br>**Lake Forest, IL  60045-1849** | X | H | **Insurance coverage for A-Tech Stucco & EIFS Co. - corporate debt.** | | | X | **14,622.74** |
| ACCOUNT NO. **7001-0981-4112-4154** <br><br>**Best Buy** <br>**Retail Services** <br>**P. O. Box 15521** <br>**Wilmington, DE  19850-5521** | | H | | | | | **1,634.43** |
| ACCOUNT NO. **4805893, 4905284,** <br><br>**Central Dupage Hospital** <br>**25 N. Winfield Drive** <br>**Winfield, IL  60190** | | J | **2007, 2006 outstanding bills for John and Kama** | | | | **98.25** |

**8** continuation sheets attached

Subtotal
(Total of this page) $ **22,625.42**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Bagjas, John & Bagjas, Kama**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4417-1286-8553-7753**<br>**Chase Bank, N.A.**<br>**800 Brooksedge Blvd**<br>**Westerville, OH  43081** | | W | **Misc consumer purchases last several years** | | | | **6,943.33** |
| ACCOUNT NO. **422765102328**<br>**Chase/BP**<br>**P. O. Box 15298**<br>**Wilmington, DE  19850** | | W | **Gasoline purchases** | | | | **315.00** |
| ACCOUNT NO. **1003735795**<br>**Chrysler Financial**<br>**5005 Crooks Road**<br>**Troy, MI  48098** | X | H | **2007 Dodge Ram 4x4 Truck - reposessed 6/08 - amount owed is balance due prior to sale** | | | X | **32,500.00** |
| ACCOUNT NO. **7945012905629xxxx**<br>**Cit Bank/DFS**<br>**12234 N IH 35, SB Building B**<br>**Austin, TX  78753** | | H | **Misc consumer purchases/2007-08** | | | | **1,703.00** |
| ACCOUNT NO. **001778**<br>**City Of Warrenville**<br>**3 S 258 Manning Avenue**<br>**Warrenville, IL  60555** | | J | **water recapture account - connection fee to city** | | | | **1,402.00** |
| ACCOUNT NO.<br>**CJ Cunningham Co.**<br>**4600 W. Addison Ave**<br>**Chicago, IL  60641** | X | | **Stucco material supplier for business** | | | X | **1,323.00** |
| ACCOUNT NO.<br>**Cory * Associates, Inc**<br>**151 E. 22nd Street**<br>**Lombard, IL  60148** | X | H | **Insurance agent for A-Tech Stucco & Eifs, co - policy cancelled due to unpaid premiums. - corporate debt** | | | X | **unknown** |

Sheet no. **1** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **44,186.33**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bagjas, John & Bagjas, Kama**                          Case No. _____
_____
Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **121984 - TBD** <br><br>**CRC** <br>**14001 N. Dallas Parkway** <br>**Suite M100** <br>**Dallas, TX 75240** | X | H | **Potential creditor listed on insurance cancellation notice for A-Tech Stucco - corporate debt.** | | | X | **14,622.74** |
| ACCOUNT NO. **6879-4501-2905-6293-122** <br><br>**Dell Financial Services** <br>**12234 North I-35 Southbound** <br>**Austin, TX 78753** | | H | **computer lojak and peripheral business purchase - 2006-07** | | | | **1,642.19** |
| ACCOUNT NO. **6879450129056293122** <br><br>**Dell Financial Services, LLC** <br>**% United Recovery System** <br>**5800 North Course Drive** <br>**Houston, TX 77072** | | J | **computer purchase** | | | | **2,031.00** |
| ACCOUNT NO. **1084650** <br><br>**Direct TV** <br>**P. O. Box 9001069** <br>**Louisville, KY 40290-1069** | | H | **satellite tv services** | | | | **219.98** |
| ACCOUNT NO. **001084650** <br><br>**Direct TV** <br>**% CBE Group** <br>**131 Tower Park Drive, Suite 100** <br>**Waterloo, IA 50701** | | H | **collection agency for direct tv** | | | | **0.00** |
| ACCOUNT NO. **6011-0071-0152-4634** <br><br>**Discover Financial Services** <br>**P. O. Box 30395** <br>**Salt Lake City, UT 84130-0395** | | J | **Misc consumer purchases last several years** | | | | **9,803.53** |
| ACCOUNT NO. **284477090-69966363** <br><br>**Du Page Medical Group** <br>**1860 Paysphere Circle** <br>**Chicago, IL 60674** | | H | **2007-08 Medical treatment** | | | | **489.85** |

Sheet no. **2** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $ **28,809.29** |
|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bagjas, John & Bagjas, Kama**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **431550** <br> **Feece Oil Co** <br> **1700 Hubbard Ave** <br> **Batavia, IL  60510** | X | | **Kerosene supplier for winter heating for business** | | | X | **499.01** |
| ACCOUNT NO. **4988-8200-0096-1622** <br> **First Equity Visa** <br> **P. O. Box 23029** <br> **Columbus, OH  31902** | X | | **Company card for ongoing business expenses** | | | X | **13,088.82** |
| ACCOUNT NO. **TBD** <br> **First Mercury Insusrance Co** <br> **29621 Northwestern Highway** <br> **Southfield, MI  48034** | X | H | **12/11/2007 - Insurance policy for A-Tech - Corporate debt** | | | X | **14,622.74** |
| ACCOUNT NO. **08 CH 1872** <br> **Gerald Forsythe** <br> **% Freeborn & Peters, LLP** <br> **311 S. Wacker Drive, Suite 3000** <br> **Chicago, IL  60606-6677** | X | H | **2007-2008 - claim for defective work by A-Tech Stucco & EIFS** <br> **Subject to Setoff** | | | X | **293,097.00** |
| ACCOUNT NO. **13083** <br> **Gypsum Supply Co.** <br> **724 Parkwood Ave.** <br> **Romeoville, IL  60446** | X | | **material supplier to A-tech** | | | X | **3,800.17** |
| ACCOUNT NO. **4100270610xx** <br> **HFC** <br> **P. O. Box 1547** <br> **Chesapeake, VA  23327** | | H | **Misc consumer purchases over last several years** | | | | **12,963.00** |
| ACCOUNT NO. **6035322017577739** <br> **Home Depot Credit Services** <br> **P. O. Box 689100** <br> **Des Moines, IA  50368-9100** | X | H | **business purchases - 2007** | | | X | **1,216.00** |

Sheet no. ___**3**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **339,286.74**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bagjas, John & Bagjas, Kama**                          Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **22260410017xxx**<br>**Hsbc**<br>**P. O. Box 15524**<br>**Wilmington, DE 19850** | | H | **Misc consumer purchases, interest charges last several years** | | | | **2,510.00** |
| ACCOUNT NO. **17640110351xxx**<br>**Hsbc**<br>**P. O. Box 15524**<br>**Wilmington, DE 19850** | | H | | | | | **0.00** |
| ACCOUNT NO. **700109814112**<br>**Hsbc/Bestbuy**<br>**P. O. Box 15524**<br>**Wilmington, DE 19850** | | H | **Misc consumer purchases last several years** | | | | **2,066.00** |
| ACCOUNT NO. **1019195**<br>**Illini High Reach**<br>**13633 Main Street**<br>**Lemont, IL 60439** | X | | **equiptment supplier for A-Tech - mechanics lien claim** | | | X | **9,960.00** |
| ACCOUNT NO. **037-7201-033**<br>**Kohls**<br>**N56 W17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051-5660** | | J | **Misc clothing and household purchases** | | | | **1,314.57** |
| ACCOUNT NO.<br>**Kropp Equipment, Inc.**<br>**1339 Yorkshire Drive**<br>**Streamwood, IL 60107** | X | H | **Mechanics lien against York Brook Condos 2030 St. Regis Drive, Lombard, IL for use of equipment on property 6/15/2007 by A-Tech Stucco and EIFS Co.** | X | | X | **10,122.84** |
| ACCOUNT NO. **2020132**<br>**LHR, Inc.**<br>**56 Main Street**<br>**Hamburg, NY 10475** | X | H | **Purchaser of First Equity business credit card account- business purchases last several years** | | | | **13,150.00** |

Sheet no. **4** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **39,123.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Bagjas, John & Bagjas, Kama**                        Case No. _____
_____
Debtor(s)                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **100655368**<br>**Lifetime Fitness**<br>**28141 Diehl Road**<br>**Warrenville, IL  60555** | | J | **health membership** | | | | **231.80** |
| ACCOUNT NO. **2008 SC 2995**<br>**Mathews And Associates d/b/a Midwest Stu**<br>**% Edgerton & Edgerton**<br>**125 Wood Street, P. O. Box 219**<br>**West Chicago, IL  60185** | X | H | **Claim for Unpaid services to A-Tech Stucco and EIFS, Co.** | | | X | **2,591.75** |
| ACCOUNT NO.<br>**Metrolift**<br>**679 Heartland Drive**<br>**Sugar Grove, IL  60554** | X | | **corporate supplier for A-Tech** | | | X | **5,234.50** |
| ACCOUNT NO. **4805893-001**<br>**Mira Med Revenue Group**<br>**P. O. Box 77000**<br>**Dept 77304**<br>**Detroit, MI  48277-0304** | | J | **Medical services** | | | | **497.00** |
| ACCOUNT NO. **BAGJAY**<br>**Naperville Physical Therapy**<br>**630 E. Ogden Ave**<br>**Naperville, IL  60563** | | J | **Physical therapy services** | | | | **2,213.80** |
| ACCOUNT NO. **72367**<br>**National Lift Truck**<br>**3333 Mount Prospect Road**<br>**Franklin Park, IL  60131** | X | | **machinery supplier for A-Tech** | | | X | **1,417.00** |
| ACCOUNT NO. **10100400**<br>**NexGen Building Supply**<br>**P. O. Box 809341**<br>**Chicago, IL  60680-9341** | X | | **Materials supplier to business for 2007 work** | | | X | **132,000.00** |

Sheet no. ___**5**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **144,185.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 9 Cont.

IN RE **Bagjas, John & Bagjas, Kama** _____    Case No. _____
    Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nigro & Westfall Professional Group**<br>**1793 Bloomiongdale Toad**<br>**Glendale Hts, IL  60139** | X | H | legal services for A-Tech Stucco & EIFS | | | X | 1,256.00 |
| ACCOUNT NO. **197925**<br>**OAD Orthopaedics, Ltd.**<br>**27650 Ferry Drive**<br>**Warrenville, IL  60555** | | J | medical services | | | | 1,577.83 |
| ACCOUNT NO. **239987605**<br>**Proactiv Solution**<br>**%SKO Brenner American, Inc.**<br>**40 Daniel Street**<br>**Farmingdale,, NY  11735** | | W | Medical treatment | | | | 45.85 |
| ACCOUNT NO. **10012**<br>**R & J Construction Supply Co.**<br>**2022 South Route 31**<br>**Mc Henry, IL  60050** | X | | material supplier for A-Tech - 2007 corporate debt | | | X | 765.90 |
| ACCOUNT NO. **149910**<br>**Silver & Associates**<br>**West Bend Mutual Insurance**<br>**1540 E. Dundee Road, Suite 150**<br>**Palatine, IL  60074** | X | H | collection agency for west bend mutual insurance co.'s claim against A Tech Stucco and EIFS, Co. | | | X | 0.00 |
| ACCOUNT NO. **carol lofton**<br>**Spider Staging - Safeworks LLC**<br>**% The Commercial Agency**<br>**P. O. Box 23909**<br>**Portland, OR  97223** | X | | Collection agency for Spider Staging/safeworks . guarantor for A-Tech corporate debt | | | X | 7,041.74 |
| ACCOUNT NO. **3133-4**<br>**Stephen R. Hertzbert, D.D.S.M.S.**<br>**29 South Webster Street**<br>**Naperville, IL  60540** | | J | dental services | | | | 544.03 |

Sheet no. ___**6**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **11,231.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Bagjas, John & Bagjas, Kama**  _____   Case No. _____
Debtor(s)                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **222-6041-0017-0456**<br>**Suzuki**<br>**P. O. Box 15521**<br>**Wilmington, DE 19850-5521** | | J | **misc consumer services last several years** | | | | 2,343.47 |
| ACCOUNT NO. **73-41700**<br>**Thyssen Krupp Saveway, Inc.**<br>**0 S 490 Route 83**<br>**Oakbrook Terrace, IL 60181** | X | | **Business safety eqpt rental supplier for A-Tech - corporate debt** | | | X | 2,592.88 |
| ACCOUNT NO. **73-41700**<br>**Thyssen Krupp Saveway, Inc.**<br>**% Wagner, Falconer & Judd, Ltd.**<br>**325 N. Corporate Drive, Suite 100**<br>**Brookfield, WI 53045** | X | | **Corporate debt of A-Tech Stucco, Inc.** | | | X | 2,502.88 |
| ACCOUNT NO. **08 C 2245**<br>**Trustees Of Bricklayers/Craftsmen Loc 56**<br>**% Donald D. Schwartz, Arnold And Kadjan**<br>**19 W. Jackson Blvd, Suite 300**<br>**Chicago, IL 60604** | X | H | **Judgment for non-payment of note** | | | X | 142,000.00 |
| ACCOUNT NO. **331601030**<br>**U. S. Department Of Education**<br>**Direct Loan Servicing Center**<br>**P. O. Box 5609**<br>**Greenville, TX 75403-5609** | | H | **2006-2008 Student loan expenses for daughter's college** | | | | 22,350.00 |
| ACCOUNT NO. **EXP-230-632-5006**<br>**U. S. Small Business Administration**<br>**Chicago District Office**<br>**500 W. Madison Street, Suite 1250**<br>**Chicago, IL 60661-2511** | X | H | **Guarantor of 50% of loan made by National City Bank** | | | | 150,000.00 |
| ACCOUNT NO. **875-246**<br>**Waste Management**<br>**2421 W. Peoria Ave. Suite 210**<br>**Phoenix, AZ 85029** | X | H | **waste collection services for A-Tech** | | | | 178.62 |

Sheet no. __**7**__ of __**8**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **321,967.85**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Bagjas, John & Bagjas, Kama**

_____    Case No. _____

Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **319991493** <br><br> **Waste Management** <br> **% RMS** <br> **4836 Brecksville Road, P. O. Box 509** <br> **Richfield, OH  44286** | X | H | nsf check for waste collection - debt of A-Tech Stucco - collection agency for Waste Management | | | X | 0.00 |
| ACCOUNT NO. **011019539-3** <br><br> **West Bend Mutual Insurance Co** <br> **% Rusin, Maciorowski & Friedman, Ltd.** <br> **10 S. Riverside Plaza, Suite 1530** <br> **Chicago, IL  60606** | X | | **Insurance for A-Tech Stucco & EIFS Company** | | | X | 6,925.00 |
| ACCOUNT NO. <br><br> **Westmont Interior Supply House** <br> **% Ekl Williams, PL LC** <br> **901 Warrenville Road #175** <br> **Lisle, IL  60532** | X | H | **Materials Supplier for A-Tech - Corporate Debt** | | | X | 24,000.94 |
| ACCOUNT NO. **0414007178312** <br><br> **Wex Fleet Fueling** <br> **% RMC Receivable Management Corporation** <br> **P. O. Box 2471** <br> **Woburn, MA  01888** | X | | **Debt of A Tech Stucco** | | | X | 5,709.76 |
| ACCOUNT NO. **0414007178312** <br><br> **Wright Express Fuel Card** <br> **P. O. Box 639** <br> **Portland, ME  04104** | X | | **Fuel for business vehicles** | | | X | 5,500.00 |
| ACCOUNT NO. <br><br> **York Brook Condos** <br> **2030 St. Regis Drive** <br> **Lombard, IL  60148** | X | | **6/15/2008 - Potential claim  against A-Tech  Stucco and EIFS Co. re mechanics lien filed for nonpayment to Krupp Equiptment** | X | | X | 10,122.84 |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**8**____ of _____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **52,258.54**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | **1,003,674.78**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Bagjas, John & Bagjas, Kama                                           Case No. _____
                                     Debtor(s)                                         (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **A-Tech Stucco & EIFS Co.**<br>**29 W 150 Calumet Ave**<br>**Warrenville, IL  60555** | **Chrysler Financial**<br>**5005 Crooks Road**<br>**Troy, MI  48098**<br><br>**National City Bank**<br>**% McFadden & Dillon, P..C**<br>**120 S. LaSalle Street, Suite 1335**<br>**Chicago, IL  60603**<br><br>**Chrysler Financial**<br>**P. O. Box 9001921**<br>**Louisville, KY  40290**<br><br>**NexGen Building Supply**<br>**P. O. Box 809341**<br>**Chicago, IL  60680-9341**<br><br>**Westmont Interior Supply House**<br>**% Ekl Williams, PL LC**<br>**901 Warrenville Road #175**<br>**Lisle, IL  60532**<br><br>**Mathews And Associates d/b/a Midwest Stu**<br>**% Edgerton & Edgerton**<br>**125 Wood Street, P. O. Box 219**<br>**West Chicago, IL  60185**<br><br>**Gypsum Supply Co.**<br>**724 Parkwood Ave.**<br>**Romeoville, IL  60446**<br><br>**Illini High Reach**<br>**13633 Main Street**<br>**Lemont, IL  60439**<br><br>**R & J Construction Supply Co.**<br>**2022 South Route 31**<br>**Mc Henry, IL  60050**<br><br>**Spider Staging - Safeworks LLC**<br>**% The Commercial Agency**<br>**P. O. Box 23909**<br>**Portland, OR  97223**<br><br>**Wright Express Fuel Card**<br>**P. O. Box 639**<br>**Portland, ME  04104**<br><br>**Metrolift**<br>**679 Heartland Drive** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Bagjas, John & Bagjas, Kama** _____    Case No. _____
_____
       Debtor(s)                              (If known)

### SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Sugar Grove, IL  60554 |
| | **First Equity Visa**<br>P. O. Box 23029<br>Columbus, OH  31902 |
| | **Home Depot Credit Services**<br>P. O. Box 689100<br>Des Moines, IA  50368-9100 |
| | **Feece Oil Co**<br>1700 Hubbard Ave<br>Batavia, IL  60510 |
| | **Thyssen Krupp Saveway, Inc.**<br>0 S 490 Route 83<br>Oakbrook Terrace, IL  60181 |
| | **West Bend Mutual Insurance Co**<br>% Rusin, Maciorowski & Friedman, Ltd.<br>10 S. Riverside Plaza, Suite 1530<br>Chicago, IL  60606 |
| | **CJ Cunningham Co.**<br>4600 W. Addison Ave<br>Chicago, IL  60641 |
| | **Nigro & Westfall Professional Group**<br>1793 Bloomiongdale Toad<br>Glendale Hts, IL  60139 |
| | **Waste Management**<br>2421 W. Peoria Ave. Suite 210<br>Phoenix, AZ  85029 |
| | **Trustees Of Bricklayers/Craftsmen Loc 56**<br>% Donald D. Schwartz, Arnold And Kadjan<br>19 W. Jackson Blvd, Suite 300<br>Chicago, IL  60604 |
| | **Kropp Equipment, Inc.**<br>1339 Yorkshire Drive<br>Streamwood, IL  60107 |
| | **York Brook Condos**<br>2030 St. Regis Drive<br>Lombard, IL  60148 |
| | **Gerald Forsythe**<br>% Freeborn & Peters, LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL  60606-6677 |
| | **Silver & Associates**<br>West Bend Mutual Insurance<br>1540 E. Dundee Road, Suite 150<br>Palatine, IL  60074 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Bagjas, John & Bagjas, Kama                                      Case No. _____
                         Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | LHR, Inc.<br>56 Main Street<br>Hamburg, NY  10475<br><br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 21126<br>Philadelphia, PA  19114<br><br>Illinois Department Of Revenue<br>Bankruptcy Section, Level 7-425<br>100 W. Randolph Street<br>Chicago, IL  60601<br><br>National Lift Truck<br>3333 Mount Prospect Road<br>Franklin Park, IL  60131<br><br>Wex Fleet Fueling<br>% RMC Receivable Management Corporation<br>P. O. Box 2471<br>Woburn, MA  01888<br><br>Waste Management<br>% RMS<br>4836 Brecksville Road, P. O. Box 509<br>Richfield, OH  44286<br><br>U. S. Small Business Administration<br>Chicago District Office<br>500 W. Madison Street, Suite 1250<br>Chicago, IL  60661-2511<br><br>Baytree Finance Company<br>721 N. Mc Kinley Road<br>Lake Forest, IL  60045-1849<br><br>Cory * Associates, Inc<br>151 E. 22nd Street<br>Lombard, IL  60148<br><br>First Mercury Insusrance Co<br>29621 Northwestern Highway<br>Southfield, MI  48034<br><br>CRC<br>14001 N. Dallas Parkway<br>Suite M100<br>Dallas, TX  75240<br><br>Thyssen Krupp Saveway, Inc.<br>% Wagner, Falconer & Judd, Ltd.<br>325 N. Corporate Drive, Suite 100<br>Brookfield, WI  53045 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Bagjas, John & Bagjas, Kama                                        Case No. _____
_____
Debtor(s)                                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **25** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 15, 2008** _____    Signature: */s/ John Bagjas* _____
                                                      **John Bagjas**                                      Debtor

Date: **October 15, 2008** _____    Signature: */s/ Kama L. Bagjas* _____
                                                      **Kama L. Bagjas**                          (Joint Debtor, if any)
                                                      [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer         Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                        _____
                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Bagjas, John & Bagjas, Kama _____    Chapter **7** _____
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

                                                        Number of Creditors _____ **65**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **October 15, 2008** _____    **/s/ John Bagjas** _____
                                    Debtor


                                    **/s/ Kama L. Bagjas** _____
                                    Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Bagjas, John
29 W 160 Calumet Ave
Warrenville, IL  60555

Bagjas, Kama
29 W 160 Calumet Ave
Warrenville, IL  60555

Janet Watson
330 S. Naperville Road Suite 405
Wheaton, IL  60187-5442

A-Tech Stucco & EIFS Co.
29 W 150 Calumet Ave
Warrenville, IL  60555

American Express
P. O. Box 297812
Ft. Lauderdale, FL  33329

Baytree Finance Company
721 N. Mc Kinley Road
Lake Forest, IL  60045-1849

Best Buy
Retail Services
P. O. Box 15521
Wilmington, DE  19850-5521

Central Dupage Hospital
25 N. Winfield Drive
Winfield, IL  60190

Chase Bank, N.A.
800 Brooksedge Blvd
Westerville, OH  43081

Chase/BP
P. O. Box 15298
Wilmington, DE  19850

Chrysler Financial
5005 Crooks Road
Troy, MI  48098

Chrysler Financial
P. O. Box 9001921
Louisville, KY  40290

Cit Bank/DFS
12234 N IH 35, SB Building B
Austin, TX  78753

City Of Warrenville
3 S 258 Manning Avenue
Warrenville, IL  60555

CJ Cunningham Co.
4600 W. Addison Ave
Chicago, IL  60641

Cory * Associates, Inc
151 E. 22nd Street
Lombard, IL  60148

CRC
14001 N. Dallas Parkway
Suite M100
Dallas, TX  75240

Dell Financial Services
12234 North I-35 Southbound
Austin, TX  78753

Dell Financial Services, LLC
% United Recovery System
5800 North Course Drive
Houston, TX  77072

Direct TV
P. O. Box 9001069
Louisville, KY  40290-1069

Direct TV
% CBE Group
131 Tower Park Drive, Suite 100
Waterloo, IA  50701

Discover Financial Services
P. O. Box 30395
Salt Lake City, UT  84130-0395

Du Page County Collector
421 N. County Farm Road
Wheaton, IL  60187

Du Page Medical Group
1860 Paysphere Circle
Chicago, IL  60674

Feece Oil Co
1700 Hubbard Ave
Batavia, IL  60510

First Equity Visa
P. O. Box 23029
Columbus, OH  31902

First Mercury Insusrance Co
29621 Northwestern Highway
Southfield, MI  48034

Gerald Forsythe
% Freeborn & Peters, LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL  60606-6677

GMAC Financial
% Codilis & Associates
15 W 030 N. Frontage Road
Burr Ridge, IL  60527

Gypsum Supply Co.
724 Parkwood Ave.
Romeoville, IL  60446

HFC
P. O. Box 1547
Chesapeake, VA  23327

Lifetime Fitness
28141 Diehl Road
Warrenville, IL  60555

Proactiv Solution
%SKO Brenner American, Inc.
40 Daniel Street
Farmingdale,, NY  11735

Home Depot Credit Services
P. O. Box 689100
Des Moines, IA  50368-9100

Mathews And Associates d/b/a Midwest Stu
% Edgerton & Edgerton
125 Wood Street, P. O. Box 219
West Chicago, IL  60185

R & J Construction Supply Co.
2022 South Route 31
Mc Henry, IL  60050

Hsbc
P. O. Box 15524
Wilmington, DE  19850

Metrolift
679 Heartland Drive
Sugar Grove, IL  60554

Silver & Associates
West Bend Mutual Insurance
1540 E. Dundee Road, Suite 150
Palatine, IL  60074

Hsbc/Bestbuy
P. O. Box 15524
Wilmington, DE  19850

Mira Med Revenue Group
P. O. Box 77000
Dept 77304
Detroit, MI  48277-0304

Spider Staging - Safeworks LLC
% The Commercial Agency
P. O. Box 23909
Portland, OR  97223

Illini High Reach
13633 Main Street
Lemont, IL  60439

Naperville Physical Therapy
630 E. Ogden Ave
Naperville, IL  60563

Stephen R. Hertzbert, D.D.S.M.S.
29 South Webster Street
Naperville, IL  60540

Illinois Department Of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph Street
Chicago, IL  60601

National City Bank
% McFadden & Dillon, P..C
120 S. LaSalle Street, Suite 1335
Chicago, IL  60603

Suzuki
P. O. Box 15521
Wilmington, DE  19850-5521

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 21126
Philadelphia, PA  19114

National Lift Truck
3333 Mount Prospect Road
Franklin Park, IL  60131

Thyssen Krupp Saveway, Inc.
0 S 490 Route 83
Oakbrook Terrace, IL  60181

Kohls
N56 W17000 Ridgewood Dr
Menomonee Falls, WI  53051-5660

NexGen Building Supply
P. O. Box 809341
Chicago, IL  60680-9341

Thyssen Krupp Saveway, Inc.
% Wagner, Falconer & Judd, Ltd.
325 N. Corporate Drive, Suite 100
Brookfield, WI  53045

Kropp Equipment, Inc.
1339 Yorkshire Drive
Streamwood, IL  60107

Nigro & Westfall Professional Group
1793 Bloomiongdale Toad
Glendale Hts, IL  60139

Trustees Of Bricklayers/Craftsmen Loc 56
% Donald D. Schwartz, Arnold And Kadjan
19 W. Jackson Blvd, Suite 300
Chicago, IL  60604

LHR, Inc.
56 Main Street
Hamburg, NY  10475

OAD Orthopaedics, Ltd.
27650 Ferry Drive
Warrenville, IL  60555

U. S. Department Of Education
Direct Loan Servicing Center
P. O. Box 5609
Greenville, TX  75403-5609

**U. S. Small Business Administration**
**Chicago District Office**
**500 W. Madison Street, Suite 1250**
**Chicago, IL  60661-2511**


**Waste Management**
**2421 W. Peoria Ave. Suite 210**
**Phoenix, AZ  85029**


**Waste Management**
**% RMS**
**4836 Brecksville Road, P. O. Box 509**
**Richfield, OH  44286**


**West Bend Mutual Insurance Co**
**% Rusin, Maciorowski & Friedman, Ltd.**
**10 S. Riverside Plaza, Suite 1530**
**Chicago, IL  60606**


**Westmont Interior Supply House**
**% Ekl Williams, PL LC**
**901 Warrenville Road #175**
**Lisle, IL  60532**


**Wex Fleet Fueling**
**% RMC Receivable Management**
**Corporation**
**P. O. Box 2471**
**Woburn, MA  01888**


**Wright Express Fuel Card**
**P. O. Box 639**
**Portland, ME  04104**


**York Brook Condos**
**2030 St. Regis Drive**
**Lombard, IL  60148**

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                        Case No. _____

**Bagjas, John & Bagjas, Kama** _____   Chapter **7** _____
                                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .......................................................... $ _____ **2,500.00**

    Prior to the filing of this statement I have received ......................................................... $ _____ **2,500.00**

    Balance Due .......................................................................... $ _____ **0.00**

2.  The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Motions, adversary proceedings, conversion, appeals**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____  **October 15, 2008** _____     **/s/ Janet Watson** _____
                    Date                                                    Signature of Attorney

                                                        **Janet Watson** _____
                                                                          Name of Law Firm

**UNITED STATES BANKRUPTCY COURT**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer Address: | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Bagjas, John & Bagjas, Kama** | **X** */s/ John Bagjas* | **10/15/2008** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | **X** */s/ Kama L. Bagjas* | **10/15/2008** |
| | Signature of Joint Debtor (if any) | Date |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only